In the Matter of the Claim of MRS. ANTHONY WEISS, Respondent, against WICKWIRE SPENCER STEEL CORPORATION et al., Appellants.

*Appeal — unanimous affirmance — appeal without permission dismissed.*

*Weiss* v. *Wickwire Spencer Steel Corp.*, 214 App. Div. 845, appeal dismissed.

(Argued February 23, 1926; decided March 2, 1926.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the third judicial department, entered October 15, 1925, unanimously affirming an award of the State Industrial Board made under the Workmen's Compensation Law.

The motion was made upon the grounds that an application for leave to appeal had previously been denied and that an appeal could not be taken as of right.

*Albert Ottinger, Attorney-General (E. C. Aiken* of counsel), for motion.

*Ansley W. Sawyer*, opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.